**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JOEL PALACIOS TRINIDAD,

                      Petitioner,

v.

PAMELA BONDI, United States
Attorney General, et al.,

                      Respondents.

Case No.:  3:26-cv-00340-RBM-JLB

**ORDER GRANTING JOINT
MOTION TO STAY
[Doc. 6]**

On January 20, 2026, Petitioner Joel Palacios Trinidad ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241.  (Doc. 1.)  The next day, the Court ordered Respondents to show cause as to why the Petition should not be granted and set a briefing schedule.  (Doc. 2.)  Respondents' Response is due on January 29, 2026, and Petitioner's optional Reply is due on February 3, 2026.  (Doc. 5.)

Pending before the Court is the Parties' Joint Motion to Stay ("Joint Motion").  (Doc. 6.)  In it, the Parties represent that "counsel for both sides have been appraised of factual developments in Petitioner's immigration proceedings and believe a short stay may obviate the need for the Court to rule on the petition, thereby efficiently preserving the Parties' and the Court's time and resources."  (*Id.* at 1.)  Accordingly, the Parties request that the case be stayed until February 5, 2026, and that they be allowed to file a joint status report if the Petition is not dismissed by that date.  (*Id.* at 2.)

The Court **GRANTS** the Joint Motion (Doc. 6).  The case is **STAYED** until February 5, 2026.  If the Petition is not dismissed on or before February 5, 2026, the Parties **shall file** a joint status report on or before **February 6, 2026 at 4:30 p.m.**

**IT IS SO ORDERED.**

DATE:  January 28, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

3:26-cv-00340-RBM-JLB